**WO**                                                                                                      KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Lee Williams, | ) No. CV 05-2287-PHX-SMM (LOA) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Michael D. Garvey, et al., | ) |
| Defendants. | ) |

Pending before the Court is Plaintiff's October 27, 2006 Motion for Relief from Judgment or Order (Doc. #21). The Court will deny Plaintiff's Motion.

On August 1, 2005, Plaintiff Jimmy Lee Williams, confined in the Arizona State Prison Complex-Florence, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. The Court, on February 2, 2006, dismissed the Complaint with leave to amend. Plaintiff filed a First Amended Complaint on March 3, 2006 (Doc. #8), which the Court dismissed on June 16, 2006 (Doc. #12). On the same date, the Court also dismissed this action and judgment was entered.

In its June 16, 2006 Order, the Court found first that Plaintiff's claims were barred by the statute of limitations because Plaintiff's claims related to a 1995 recommendation by the Arizona Board of Executive Clemency to the Governor regarding Plaintiff's criminal conviction. The Court found that Plaintiff's claims accrued ten years before the filing of the Complaint and were therefore barred by the statute of limitations.

1   The Court also found that even if Plaintiff's claims were not barred by the statute of
2 limitations, Plaintiff's claims were still subject to dismissal because the members of the
3 Arizona Board of Executive Clemency were entitled to immunity for their actions taken with
4 respect to prisoner's sentence and release.

5   On June 28, 2006, Plaintiff filed a Motion to Alter or Amend Judgment (Doc. #14),
6 which the Court denied by order filed August 22, 2006 (Doc. #15).  On September 1, 2006,
7 Plaintiff has filed a Notice of Appeal to the Ninth Circuit Court of Appeals (Doc. #16).

8   Plaintiff's October 27, 2006 Motion for Relief from Judgment or Order (Doc. #21)
9 raises no new arguments or evidence which would support reconsideration of the Court's
10 dismissal of this action.  Accordingly, the Court will deny Plaintiff's Motion for Relief from
11 Judgment or Order.

12   **IT IS ORDERED** that Plaintiff's October 27, 2006 Motion for Relief from Judgment
13 or Order (Doc. #21) is **denied**.

14   DATED this 13th day of December, 2006.

Stephen M. McNamee
United States District Judge